**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GREIBY JANAKY MEDINA,

                    Plaintiff,        **ORDER**

      -against-        **25-CV-4275 (JHR) (JW)**

HUNTER COLLEGE OF THE CITY
UNIVERSITY OF NEW YORK *et al.*,

                    Defendants.
-------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of multiple filings by the Parties. See Dkt. Nos. 7, 9, 15–16, 21–22. The Parties are ordered to appear for an in-person status conference on **June 30, 2025, at 12:00 PM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.

       SO ORDERED.

DATED:    New York, New York
              June 25, 2025

                                                       _____
                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge