UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREIBY JANAKY MEDINA,

                        Plaintiff,                      **ORDER**

    -against-

                                                                **25-CV-4275 (JHR) (JW)**

HUNTER COLLEGE OF THE CITY
UNIVERSITY OF NEW YORK *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court was scheduled to conduct an in-person status conference on June 30, 2025, at 12:00 PM. On that date, Defendant CUNY was present, but Plaintiff failed to appear. On July 9, 2025, Plaintiff filed a letter informing the Court they were unaware of the June 30th conference, requesting that all further orders be mailed, and requesting that any future hearings be conducted remotely. The conference is rescheduled for **August 14, 2025, at 11:00 AM** via Microsoft Teams. A link to the conference will be sent to the Parties. While the Court prefers the Parties appear on video at the Microsoft Teams conference, should either party not have video capabilities, they may dial: **+1 646-453-4442** and enter passcode: **705994300#.**

      **The Clerk of Court is respectfully requested to mail a copy of this order to the address on file for Plaintiff.**

      SO ORDERED.

DATED:    New York, New York
               July 18, 2025

                                                                */s/ Jennifer E. Willis*
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge