**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GREIBY JANAKY MEDINA,

                          Plaintiff,                        **ORDER**

           -against-

                                                **25-CV-4275 (JHR) (JW)**

HUNTER COLLEGE OF THE CITY
UNIVERSITY OF NEW YORK *et al.*,

                        Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On August 14, 2025, this Court held a status conference via Teams. For the reasons stated in more detail on the record, the following rulings were made:

- Plaintiff's request to remove her address from the docket is **GRANTED**. The address has already been removed from the docket. Plaintiff may review all prior filings and if her address is included in a document, she may notify the Court in a letter motion.

- Plaintiff's motion to appoint counsel is **DENIED**. Plaintiff is encouraged to utilize the pro se clinic for additional assistance. The clinic line can be reached at (212) 659-6190.

- Plaintiff's deadline to oppose the motion to dismiss is **September 11, 2025.**

- Defendant CUNY's deadline to reply is **October 9, 2025.**

- Defendant CUNY's motion for an extension to reply is **DENIED** as moot.

Defendant CUNY is directed to order a copy of the transcript of the August 14th conference and serve a copy on Plaintiff via email.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 7, 22.**

SO ORDERED.

DATED:      New York, New York
            August 18, 2025

                                    _Jennifer E. Willis_
                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge