**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GREIBY JANAKY MEDINA,

Plaintiff,

-against-

HUNTER COLLEGE OF THE CITY UNIVERSITY OF NEW YORK *et al.*,

Defendants.
-----------------------------------------------------------------X

**ORDER**

**25-CV-4275 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 3, 2026, Defendants filed a motion to dismiss the first amended complaint. See Dkt. No. 43. To date, the Court has not received a response from Plaintiff. Plaintiff shall file her response to the motion to dismiss by **September 18, 2026.** Defendants' deadline to file their reply is **October 2, 2026**.

SO ORDERED.

DATED: New York, New York
August 28, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge